UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONALD AND DOLLIE THOMPKINS<br>Plaintiff | * * * | CIVIL ACTION NO. 23-00381 |
| VERSUS | * * | JUDGE: JOHN W. DEGRAVELLES |
| LIBERTY PERSONAL INSURANCE<br>COMPANY<br>Defendant | * * * | MAGISTRATE: SCOTT D. JOHNSON |

**O R D E R**

Considering the foregoing Joint Motion to Dismiss;

**IT IS ORDERED** that the Motion be and hereby is **GRANTED** and that all claims and this lawsuit are dismissed, with prejudice, each party to bear its own costs.

Baton Rouge, Louisiana this 16th day of February, 2024.

JUDGE JOHN W. DEGRAVELLES
UNITED STATES DISTRICT JUDGE